1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                       CENTRAL DISTRICT OF CALIFORNIA

10                            SOUTHERN DIVISION

11   REUBEN BRACAMONTES,                  )
                                          )
12                    Petitioner,         )  Case No. SACV 15-2128 AG (AJW)
                                          )
13             v.                         )
                                          )  ORDER ACCEPTING REPORT AND
14   WARDEN STU SHERMAN,                  )  RECOMMENDATION OF
                                          )  MAGISTRATE JUDGE
15                    Respondent.         )
     _____)

16

17       The Court has reviewed the entire record in this action, the

18   Report  and  Recommendation  of  Magistrate  Judge  ("Report"),  and

19   petitioner's objections. The Court accepts the findings of fact,

20   conclusions of law, and recommendations contained in the Report after

21   having made a de novo determination of the portions to which

22   objections were directed.

23       DATED: August 28, 2016

24

25                                    _____

26                                    Andrew J. Guilford
                                      United States District Judge

27

28