UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| REUBEN BRACAMONTES, JR., | ) | Case No. SACV 15-2128-AG(AJW) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| WARDEN STU SHERMAN, | ) | |
| Respondent. | ) | |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: August 28, 2016

_____
Andrew J. Guilford
United States District Judge